UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Innovative Design and Building Services, LLC,   Case No. 12 civ 5474

         Plaintiff,

  - against –   **AFFIDAVIT OF SERVICE**

Arch Insurance Company,

         Defendant.
------------------------------------------------------------- X
STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

    JASON GINSBERG, being duly sworn, deposes and states as follows: I am not a party to the above captioned action; I am over 18 years of age and reside in Staten Island, New York. On July 16, 2012, I served the SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS in the above captioned action, by personally delivering and leaving the same with Lyle Hitt, Executive Vice President of Arch Insurance Group – Professional Liability, Arch Insurance Group, 1 Liberty Plaza, 53rd Floor, New York, New York 10006, at approximately, 4:30 p.m., who informed me he is an agent authorized by appointment to receive service at that address.

    Lyle Hitt is a white male, approximately 44 years of age, stands approximately 6 feet 5 inches tall, and weighs approximately 240 pounds with black and gray hair, and brown colored eyes.

                                                                        JASON GINSBERG

Sworn to before me this
July 16, 2012

NOTARY PUBLIC

GEORGE SITARAS
Notary Public, State of New York
No. 02SI6147110
Qualified in Queens County
Commission Expires May 30, 2014